**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 392 MAL 2018

                Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

                v.   :

GERARDO MEJIA,   :

                Petitioner   :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.